UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                     CASE NO. 06 B 16511
   KEVIN J WHALEN
   TRACY A WHALEN                          CHAPTER 13

                                           JUDGE: MANUEL BARBOSA

         Debtor
   SSN XXX-XX-3880    SSN XXX-XX-3538
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 12/13/06 and confirmed on 02/22/07.

2. The case was converted to Chapter 7 after confirmation, 01/06/2009.

3. The Debtor paid a total of $ 13420.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| EMC MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| EMC MORTGAGE | MORTGAGE ARRE | 3842.60 | .00 | 3842.60 |
| AMERICAN GENERAL FINANCE | SECURED | .00 | .00 | .00 |
| AMERICAN GENERAL FINANCE | MORTGAGE ARRE | 2550.00 | .00 | 1680.65 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | 8200.00 | 1031.53 | 5063.78 |
| INTERNAL REVENUE SERVICE | PRIORITY | 5788.35 | .00 | .00 |
| TRICAP INVESTMENT PARTNE | UNSECURED | 306.83 | .00 | .00 |
| NATL LOAN INVESTORS LP | UNSECURED | 101.07 | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| SALLIE MAE GUARANTEE SER | UNSECURED | 111629.80 | .00 | .00 |
| CITIBANK NA | UNSECURED | NOT FILED | .00 | .00 |
| VISA | UNSECURED | NOT FILED | .00 | .00 |
| CHRYSLER FINANCIAL SVC A | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 12599.19 | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL RECOVERY ONE | UNSECURED | 543.66 | .00 | .00 |
| JC PENNEY | UNSECURED | NOT FILED | .00 | .00 |
| MBP FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| RECOVERY MANAGEMENT SYST | UNSECURED | 1394.97 | .00 | .00 |
| AMERICREDIT FINANCIAL | UNSECURED | 2965.90 | .00 | .00 |
| CREDIT UNION 1 | UNSECURED | 5209.55 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

```
TOTAL CLMS ALLOWED      14592.60       5788.35    134750.97         .00    155131.92
PRINCIPAL PAID          10587.03           .00         .00         .00     10587.03
INTEREST PAID            1031.53           .00         .00         .00      1031.53
TOTAL PAID              11618.56           .00         .00         .00     11618.56
```
The Debtor's attorney, COSTELLO & COSTELLO               , was allowed $    599.50
and was paid $     599.50 .

The Trustee received $     591.94 .

Refunds to the Debtor totaled $    610.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/16/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE